# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW MULLEN, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| ASTRAZENECA PHARMACEUTICALS, LP, | : | NO. 23-3903 |
| Defendant. | : | |

## ORDER

AND NOW, this 14th day of December, 2023, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 10), and all papers submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED** without leave to amend.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**